Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA

McArthur Lynch Jr
*Plaintiff*
(Write your full name. No more than one plaintiff may be named in a complaint.)

-v-

Attorney General, Steave Marshell
Prison Commissioner, John O. Hamm
Warden II, Ms. Morgan
Captain, Deaundra Johnson
Lieutenant, Mohammad Jenkins
Corrections officer Mask.

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all of the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here. Your complaint may be brought in this court only if one or more of the named defendants is located within this district.)

Case No. 2:24cv189-ACA-SGC
*(to be filled in by the Clerk's Office)*

FILED
2024 FEB 16 A 10:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis*.

Mail the original complaint and the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

1

## I. The Parties to this Complaint

### A. The Plaintiff

Provide the information below for the plaintiff named in the complaint.

| | |
|---|---|
| Name | McARTHUR LYNCH JR |
| All other names by which you have been known: | Chief-Prophet, rap Artist |
| ID Number | 179533 |
| Current Institution | Ventress Corrections Facility |
| Address | 379 AL Hwy 239 North |
| | Clayton, AL 36016-4627 |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Steave Marshell |
| Job or Title *(if known)* | Attorney General, |
| Shield Number | N/A |
| Employer | Attorney General |
| Address | 501 Washington Ave |
| | Montgomery, AL 36130 |

☐ Individual Capacity    ☑ Official Capacity

**Defendant No. 2**

| | |
|---|---|
| Name | John Q. Hamm |
| Job or Title *(if known)* | Alabama Department of Corrections |
| Shield Number | N/A |
| Employer | Commissioner A.D.O.C. et al |
| Address | 301 S. Ripley St. |
| | Montgomery, AL 36104-4425 |

☐ Individual Capacity    ☑ Official Capacity

2

Defendant No. 3

   Name: Ms. Morgan
   Job or Title (if known): Warden II
   Shield Number: N/A
   Employer: Donaldson Corrections Facility
   Address: 100 Warrior Ln
   City: Bessemer  State: AL  Zip Code: 35023

☐ Individual Capacity  ☑ Official Capacity

Defendant No. 4

   Name: Mohammad Jenkins
   Job or Title (if known): Lieutenant
   Shield Number: N/A
   Employer: Donaldson Corrections Facility
   Address: 100 Warrior Ln
   City: Bessemer  State: AL  Zip Code: 35023

☐ Individual Capacity  ☑ Official Capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? I'am suing under state of Alabama Department of Corrections have violated the plaintiff and his cell mate's Eight Amendment Constitutional right's because it was injuries to Victor Russo, that casting to go in to at because Lt. Mohammad Jenkins didn'have to assaulted him, but the claim, is the Eight Amendment, alleging DELIBERTE indifference, to Excessive Inmate Violence, see Barefield v. Dunn, No. 2:20-CV-917-WKW. 2023 WL 5417550. at 1 [M.D.. Ala. Aug. 22, 2023].

3

C. Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? The plaintiff is been violation of his 8th 14th Amendment, and his 1901 Constitutional by all these people's that violated the plaintiff rights. Attorney General Steaven Marshall, Prison Commissioner A.D.O.C. John Q. Hamm. also the Lieutenant Jenkins, Captain Ms. D. Johnson, Sgt lots and C.O. Mask. They all violat both Constitution right

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. 8th Amendment, 14th Amend allege that the actions of Alabama Department of Corrections (ADOC) Defendants violated the Due Process Clause, along with the Eighth Amendment. Prohibition, against Cruel and unusual - Punishment and as relief, also these make, the plaintiff McArthur Lynch, have 1. Depression, 2. mentally stress 3. Emotial stress 4. teamatized because all of these was on Feb.22-2022, at W.E. Donaldson Lock

III. **Prisoner Status** 4P.

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial Detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other
(explain) _____

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose. Attorney General Steave, marshell, he never acknowledge, things in some cases. because he just give that person just in of thing. he always think that person is always in the wrong. If he look at the pictures just a little better, he can see the truth in a better way in life, also Warden II, Ms morgan she let the officer have their way. she tri to cover all things

B. If the events giving rise to your claim arose in an institution, describe where and when they arose. Lieutenant Mohammad Jenkins was at Donaldson Corrections Facility. It was Captain Deaundra Johnson and Sgt lots and officer mask. and all of these, on Feb.17. 2022. also all these Defendants. I am suing under the 8th 14th Amendment. but plaintiff, McArthur Lynch, request for money damages in the amount of $9,60.000,

4

C. What date and approximate time did the events giving rise to your claim(s) occur? on Feb-17-22, around 5:56. in the morning. because Lt. Jenkins had Assault. "Victor Russo" because mr. Russo was in the Chow hall line he was fin to get some thing to eat. but mr. Lt. Jenkins told mr Russo White boy. What the hell you doing in My line, mr Russo said I diding hear them call Chow in my Dorm. and he was in SAP. Dorm.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* but when Lt. mohammad. Jenkins was walking Victor Russo to the east side Gym. mr Russo had hand cuffs from behind and Lt. Jenkins had a big Can of pepper-spray. but Jenkins. had began kicking and punching him, and Lt. Jenkins. had open mr. Russo mouth and he spray him in his mouth but by time mr. Victor Russo inter MY cell, Victor Russo. had a lots of Pepper Spray on him, he came in their around 5:56 in the morning

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries in detail. but it still hurt my mind, I'om really really teamatized, some days I Can't thank right, some night's before I go to sleep I sit up on MY Bunk, to thank of all these stuff, he done to Russo, It hurt me, I feel dispress, and I was thinking he would done some thing to me, like he did Ms. russo. but Mr. russo, I would always miss. he had Pass it away.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

The Plaintiff requesting for money damages of about, $960,000. (1) Warden II· Ms. Morgan. (2) The Prison Commissioner John Q Hamm of Department of Corrections facility. (3), and Captain Deaundra Johnson (4) and Lieutenant. Mohammad Jenkins. (5) (Sgt. lots (6) C.o. mask, because, does not itself create or establish any federally protected right. Doe V. Sch. Bd. of Broward Cnty. Fla. 604 F.3d 1248, 1265 (11th Cir 2010) in stead. It creates a cause of action for a plaintiff to enforce federal rights created [2015 U.S. Dist. LEXIS 107 else where. Such as Constitutional right (1) a violation of a constitutional right. and (2) that the alleged violation was committed by a person acting under color of law Holmes V. Crosby. 418 F.3d 1256  P1258 (11th Cir 2005). because the 8th 14th Amendment allege the actions of Alabama. Department of Corrections facility (ADOC). the Defendants Violated the Due Process Clause. along with the Eighth Amendment. Prohibition against cruel and unusual Punishment and as relief. plaintiff, Because these is a Emergency-Personnel, Law suit, please Grant these Law suit, because I want to Let just help his family out. to let them no, God is Good all the time, that no matter what, me and Victor Russo wone the case together. because these is a good cost case, to Acknowledge, with the minds of the people's that are in all the Prison facility in the state of Alabama, it is real wrong for Corrections officer, to kill. and to bring drugs. and, hurt that Person with out a cost, and to let Inmate fright with one nother and the officer just sit their and let things like that go on so how can, some one like me, do time, in Prison, I cant do time like that, and I see what is going on around me, if two things yall do, free me, are I will free my self,

**VII.**    **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

    ☑ Yes

    ☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). The Plaintiff was at W.E Donaldson Correctional Facility, A Doc,

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

    ☑ Yes

    ☐ No

    ☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

    ☑ Yes

    ☐ No

    ☐ Do not know

If yes, which claim(s)?

1. teamatized 2. Depcesion 3. menteally stress 4. Emotial stress.

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E.  If you did file a grievance:

1. Where did you file the grievance?

   hear at Ventress, Corr. Facility

2. What did you claim in your grievance? When at W.E. Donaldson Corr Facility employees have violated The 8th, 14th Amendment, under the U.S. Constitutional Rights.

3. What was the result, if any?

   they sent me to the menteally Health Care, to be talk it about these Problems. because, I am hurt

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.) The Plaintiff, explain, (1) Attorney General steave marshell, (2) Prison Commissioner John O. Hamm (3) Warden II ms. margan, (4) Captain Deaundra Johnson (5) Lieutenal Mohammad Jenkins (6) Sergeant lots (7) C.O. Mask but the Plaintiff was, in W.E Donaldson Corr. Facility in Lock up D-45-Cell, but it was a real violated that really took Places. the Lieutenal Jenkins had come back in Mcarthur Lynch Cell and Victor Russo was Lynch Cell mates. but Mohammad, Jenkins pepper sprayed both of us. but he was at Victor Russo, but Mr. Lynch, saw a lots of things what had happen to both of us. but it is real sad that what had really happen to us. but the plaintiff had take it to (and) and the F.B.I's but how can Lieutenal Jenkins get away with murder, that is real wrong. and I was a witnesses that saw what he had done to both of us. and the F.B.I. give him. 7 years. and that is wrong. so what the thing yall on, that stuff yall no that, all the stuff that went on Feb. the 16, 17, 18, 21, 22, of 2022, that still hurt me, to my heart. and the F.B.I still let him, do Just a little time, yall got to no these, a wrong can't make a right and a right can't make a wrong. see people's gotta do what the Laws, say 7 do,

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here: because when I was at Donaldson Corr Facility in Lock up. I had ask for one, they diding give me one until I come hear at Ventress.

2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: When I was in Lock up. I had ask It, Lieutenal Mohammad Jenkins and I wrote Captain Deaundra Johnson, but both of them was coving up, the things that what Jenkins had done, to us. in the cell. Pepper Sprayed both of us.

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. but Warden II ms. morgan and Captain Johnson they no what Lieutenal Mohammad Jenkins was doing. because every time, he come around me, I was like I had feared for my life, I was like, no telling how many Inmates he have kill and got away with it,

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had any cases dismissed based on grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted?

☒ Yes

☐ No

If yes, state which court dismissed your case(s), when this occurred, and attach a copy of the order(s) if possible.

united States district Court for the Northern District of Alabama. Middle Divison

8

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _McArthur Lynch Jr_

    Defendant(s) _Antwan D. Kendrick, et al_

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _United State District Court For The Northern District Of Alabama, Middle Division_

3. Docket or index number

    _4:19-cv-00950-ACA-SGC_

4. Name of Judge assigned to your case

    _Staci G. Cornelius._

5. Approximate date of filing lawsuit

    _November 2, 2020_

6. Is the case still pending?

    ☐ Yes

    ☒ No

    If no, give the approximate date of disposition. _December 17 2020_

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)* _The Case was Missed because I didin State a Claim,_

9

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Printed Name of Plaintiff: McArthur Lynch Jr
Prison Identification #: 179533   Dorm F-1-8-B
Prison Address: V.C.F. 379 HIGHWAY 239 NORTH
Clayton, AL 36016
City, State Zip Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2/14/2024
(Date)

Signature of Plaintiff: McArthur Lynch Jr.

10

McArthur Lynch Jr. #179533
Ventress Corrections Facility F-1-8-B
379 Highway 239 North
Clayton AL 36016

Clerk of the U.S. District Court
for the N.D.o.A. Room 140
Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203-2195

THIS CORRESPONDENCE IS FORWARDED FROM AN ALABAMA STATE PRISON. THE CONTENTS HAVE NOT BEEN EVALUATED, AND THE ALABAMA DEPARTMENT OF CORRECTIONS IS NOT RESPONSIBLE FOR THE SUBSTANCE OR CONTENT OF THE